UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERNEST RODRIGUEZ, LARRY TWINE, RACHEL LUNA, KIA MASON and STEPHANIE JAMES,

    Plaintiffs,

-against-

ATRIA SENIOR LIVING GROUP, INC., DIANA SINGER, AND LUIS CARASQUILLO,

    Defendants.

---

10 CV 3223 (VLB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/11
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by the undersigned Plaintiffs against Defendants in this action, including claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and have authorized their undersigned counsel to stipulate, consent and agree to dismiss the instant action with prejudice and without attorneys' fees or costs. The settlement and dismissal of the action is approved by the Court.

Dated: October 7, 2011    By: _____
                                           Chinyere Okoronkwo,
                                           LAW OFFICE OF CHINYERE OKORONKWO
                                           40 East 94th Street
                                           New York, New York 10128
                                           (212) 537-9284

                                           *Attorney for Plaintiffs*

Dated: October 7, 2011          By: _____
                                    Greg Riolo
                                    JACKSON LEWIS LLP
                                    One North Broadway, 15th Floor
                                    White Plains, New York 10601
                                    (914) 328-0404

                                    *Attorneys for Defendants*

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 11 day of October, 2011

_____
Hon. Vincent L. Briccetti

4835-3847-7323, v. 1